LYLE MILLER, Respondent, *v.* M. & D. HOLDING COR-
PORATION, Appellant, Impleaded with Another.

Submitted January 27, 1938; decided March 8, 1938.

*Joseph F. Murray* and *William J. McArthur* for appellant.

*George Spector* and *S. Lawrence Miller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.